JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI J. SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BATTERSON, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. CV 19-7259-JAK (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 3, 2019

　　　　　　　　　　　　　　　　　　　　/s/ 
　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　United States District Judge